UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 3-14-bk-00537 |
| | ) | |
| Lucille Markert | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## FIRST AMENDED CHAPTER 13 PLAN

The Debtor submits the following First Amended Chapter 13 Plan:

1. The future earnings of the Debtor are submitted to the control and supervision of the Trustee. The total monthly payment to the trustee will be **$3,082.00** per month for months 1 and 2, **$2,597.00** per month for months 3 through 10 and **$5,591.00** per month for months 11 through 60. From the payments so received, the Trustee shall make disbursements as follows:

   A. **PRIORITY CLAIMS**

   (1) The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of all payments under the Plan.

   (2) **WALKER LAW, LLC** is owed attorney fees in the amount of **$2,000.00** for filing the instant case. The Trustee shall pay these fees at the rate of **$1,000.00** per month for months 1 and 2.

   (3) Debtor owes the **INTERNAL REVENUE SERVICE** for 2008, 2009 and 2010 taxes in the amount of **$19,174.92** which Trustee shall pay at the rate of **$0.00** per month for months 1 and 2 and **$330.60** per month for months 3 through 60 in full satisfaction of any and all claims this creditor may have against debtor up until the time of the filing of the bankruptcy petition.

   B. **SECURED CLAIMS**

   1. **WELLS FARGO BANK, N.A.** holds a first mortgage on Debtor's property located at 1129 Oakvale Road, St. Johns Florida 32259 in the amount of **$127,550.51** which the Trustee shall pay (at 4%) at the rate of **$1,283.00** per month for months 1 through 10 and **$2,564.00** per month for months 11 through 60 for a total of **$141,061.28** to pay this creditor in full satisfaction of this debt.

   2. **EVERHOME MORTGAGE** holds a second mortgage on Debtor's property located at 1129 Oakvale Road, St. Johns Florida 32259 in the amount of **$20,697.71** which the Trustee shall pay (at 3.75%) at the rate of **$128.00** per month for months 1 through 10

and **$431.42** per month for months 11 through 60 for a total of **$22,850.79** to pay this creditor in full satisfaction of this debt.

3. **FORD MOTOR CREDIT COMPANY** holds a lien on debtor's 2008 Ford F-150 in the amount of **$12,647.63** which the trustee shall pay at the rate of (at 5.25%) at **$257.71** per month for months 1 through 10 and **$238.92** per month for months 11 through 60 for a total of **$14,523.01** to pay this creditor in full satisfaction of this debt

4. Debtor owes the **INTERNAL REVENUE SERVICE** on a secured claim for 2004, 2005, 2006 and 2007 taxes in the amount of **$11,020.76** which Trustee shall pay (at 8%) at the rate of **$0.00** per month for months 1 and 2 and **$233.02** per month for months 3 through 60 for a total of **$13,515.12** in full satisfaction of any and all claims this creditor may have against debtor up until the time of the filing of the bankruptcy petition.

5. **RESORT AT WORLD GOLF VILLAGE** holds a lien on debtor's time share/vacation club in the amount of **$5,077.12** which the trustee shall pay at the rate of (at 4%) at **$104.75** per month over the life of the plan for a total of **$6,284.82** to pay this creditor in full satisfaction of this debt.   If this creditor received adequate protection payments by Court order at any amount in excess of **$104.75** provided in this Plan, then the unsecured creditors and perhaps secured creditors may not receive scheduled distribution payments from the trustee after confirmation of debtor's Chapter 13 Plan for several months due to the amount paid to this creditor during the interim period prior to confirmation.

C. **UNSECURED CLAIMS**

Unsecured claims whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  The unsecured creditors will receive **$56,414.61** which the trustee shall pay at the rate of **$0.00** per month for months 1 through 10 and **$1,128.29** per month for months 11 through 60.

Debtor owes The Department of Education for student loans in the amount of $74,746.81.  The debtor will continue to pay this debt on the outside of their bankruptcy plan due to the fact that she is mandated to pay 100% to her unsecured creditors.  Accordingly, this creditor will receive no distribution from this Chapter 13 Plan.

Debtor owes Office of Financial Assistance for student loans in the amount of $16,071.91.  The debtor will continue to pay this debt on the outside of their bankruptcy plan due to the fact that she is mandated to pay 100% to her unsecured creditors.  Accordingly, this creditor will receive no distribution from this Chapter 13 Plan.

D. **OTHER PROVISIONS**

   (1) Except for claims of governmental units, any creditor's claim filed after the Bar Date set by the Court will receive no distribution under this Plan unless specifically provided for above, unless debtors file the same on behalf of a creditor.
   (2) All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d), except as the underlying debts are extinguished under this Plan.
   (3) To satisfy the requirements of Section 365 of the Bankruptcy Code, Debtors hereby assumes all leases and contracts.

(4) Title to the Debtor's property shall revest in the Debtor upon confirmation of this Plan.

(5) *Except as provided for in the Plan, the Order confirming the Plan or other court Order, no interest, late charges, penalties, or attorney's fees after the date of case filing will be paid to or assessed by any secured creditor.*  11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."

(6) **LATE FEES OR ATTORNEYS' FEES**.  Once debtor successfully completes the Chapter 13 plan and a discharge is entered by the Court, no creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this plan, except as ordered by this Court, excluding existing student loan claims.

(7) **INSURANCE**.  Debtor will keep the collateral that secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and creditor.

WALKER LAW, LLC

*/s/ Felecia L. Walker*

_____

Felecia L Walker
Attorney for Debtor
701 Market Street, Suite 111
St. Augustine, FL 32095
Telephone: (904) 494-6600
Facsimile: (904) 342-3626
felecia@walkerlawflorida.com
Florida Bar No.: 22356

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided electronically or by US mail to all of the interested creditors and other interested parties listed on the attached matrix (matrix not furnished to all parties) this 17th day of October, 2014.

WALKER LAW, LLC

*/s/ Felecia L. Walker*

_____

Felecia L Walker
Attorney for Debtor